IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-24566-UU

CUTTING EDGE VISION, LLC,
          Plaintiff,

v.

BLU PRODUCTS, INC.,
          Defendant.
_____/

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT ON INVALIDITY

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), and in connection with its Motion for Summary Judgment on Invalidity, Plaintiff Cutting Edge Vision LLC ("CEV") hereby submits the following statement of material facts as to which CEV contends there is no genuine issue to be tried:

1. On October 7, 2016, CEV first notified BLU Products, Inc. ("BLU") that it was infringing the CEV Technology. In its letter to BLU, CEV offered to discuss the licensing terms and address in good faith the merits of any response or defense presented by BLU. **Exhibit A** – Declaration of Declaration of Justin J. Lesko ("Lesko Decl."), ¶6.

2. CEV communicated with BLU multiple times thereafter until the filing of the complaint regarding BLU's alleged infringement. *Id.*

3. Between October 7, 2016 and the filing of this motion CEV invited BLU multiple times to discuss the matter and present its defenses. *Id.*

4. BLU has never communicated to CEV any specific factual basis or evidence for invalidating U.S. Patent No. 7,697,827 or U.S. Patent No. 10,063,761 (the "Asserted Patents") other than the generic statements set forth in BLU's "Third Affirmative Defense." *Id.* ¶¶5-6.

5.     This Court entered a Scheduling Order in this case on January 17, 2020 setting the deadline for serving invalidity contentions as March 6, 2020 (7 days ago). Dkt #13 at p. 1.

6.     To date, BLU has not served invalidity contentions on counsel for CEV, nor has BLU requested any extension of time to serve invalidity contentions. Lesko Decl., ¶¶3-4.

7.     In its Amended Answer and Affirmative Defenses, BLU pleads generally, as a "Third Affirmative Defense," the following: "One or more of the claims of the '761 Patent and '827 Patent are invalid for failure to satisfy one or more conditions for patentability as set forth in Title 35 of the United States Code, including without limitation, for example, 35 U.S.C. §§ 101, 102, 1703, and/or 112." Dkt. # 22 at 15.

8.     Other than the statement in its "Third Affirmative Defense," BLU has never (formally in litigation or otherwise) provided to CEV or its counsel any invalidity assertions or documents (such as prior art references or invalidity charts) to support such assertions. Lesko Decl., ¶¶3-6.

RESPECTFULLY SUBMITTED,

LALCHANDANI SIMON PL

By: */s/ Daniel J. Simon*
        Daniel J. Simon

*Attorneys for Plaintiff, Cutting Edge Vision, LLC*

Daniel J. Simon (Fla. Bar No. 16244)
James M. Slater (Fla. Bar No. 111779)
LALCHANDANI SIMON PL
25 Southeast 2nd Avenue, Suite 1020
Miami, FL 33131
Tel.: (305) 999-5291
Fax: (305) 671-9282
danny@lslawpl.com
james@lslawpl.com

SPERLING & SLATER, PC

Eamon Kelly (*pro hac vice*)
Sperling & Slater, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492
ekelly@sperling-law.com

LAW OFFICES OF LISA & LESKO, LLC

Steven G. Lisa (*pro hac vice*)
Justin J. Lesko (*pro hac vice*)
Law Offices of Lisa & Lesko, LLC
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (312) 752-4357
Fax: (312) 896-5633
JustinLesko@patentit.com
SteveLisa@patentit.com

## CERTIFICATE OF SERVICE

  I, Daniel J. Simon, counsel of record for the plaintiff in this matter HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 13th day of March, 2020, on the below counsel of record for the Defendant in this matter:

              */s/ Daniel J. Simon*
               Daniel J. Simon


Bernard L. Egozi
(Florida Bar No. 152544)
begozi@egozilaw.com
Yanina Zilberman (Florida Bar No. 105665)
yanina@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
*Counsel for Defendant, BLU Products, Inc.*