## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:19-cv-24566-UU**

CUTTING EDGE VISION, LLC,
          Plaintiff,

v.

BLU PRODUCTS, INC.,
          Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT BLU PRODUCTS, INC.

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Cutting Edge Vision, LLC ("Plaintiff") and Defendant BLU Products Inc. ("BLU") by and through their undersigned counsel, hereby submit the following Stipulation of Dismissal With Prejudice.

1. This Stipulation of Dismissal With Prejudice ("Stipulation") is between Plaintiff and BLU.

2. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, CEV and BLU stipulate and agree to the dismissal with prejudice of all the Plaintiff's claims asserted against BLU, with each side bearing their own attorneys' fees and costs.

3. A Proposed Order of Dismissal is attached hereto as Exhibit A.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 26, 2020

By: /s/ Bernard L. Egozi                By: /s/ Daniel J. Simon
    Bernard L. Egozi                      Daniel J Simon

    *Counsel for Defendant,*               *Counsel for Plaintiff*
    *BLU Products, Inc.*                   *Cutting Edge Vision, LLC*

Bernard L. Egozi (Fla. Bar No. 152544)
Yanina Zilberman (Fla. Bar No. 105665)
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Tel.: (305) 931-3000

Daniel J. Simon (Fla. Bar No. 16244)
James M. Slater (Fla. Bar No. 111779)
LALCHANDANI SIMON PL
25 Southeast 2nd Avenue, Suite 1020
Miami, FL 33131
Tel.: (305) 999-5291
Fax: (305) 671-9282

Eamon Kelly (*pro hac vice*)
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492

Steven G. Lisa (*pro hac vice*)
Justin J. Lesko (*pro hac vice*)
LAW OFFICES OF LISA & LESKO, LLC
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (312) 752-4357
Fax: (312) 896-5633

## CERTIFICATE OF COMPLIANCE WITH
## <u>CM/ECF ADMINISTRATIVE PROCEDURE 3J(3)</u>

I hereby certify that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for

Defendant consented to the filing of this Joint Stipulation.

<u>/s/ Daniel J. Simon</u>
Daniel J. Simon

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 26, 2020

<u>/s/ Daniel J. Simon</u>
Daniel J. Simon
